IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BYRON GODWIN and CHARLES NELSON, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:12cv164-WHA |
| DOUG BURKHALTER and THE CITY OF MILLBROOK, | ) ) ) ) | (wo) |
| Defendants. | ) | |

ORDER

This cause is before the court on the Plaintiffs' Objections to Defendants' Exhibit List (Doc. #96).  The Objections merely state that the Plaintiffs reserve objections to exhibits the Defendants introduce based on the Federal Rules of Evidence, and do not waive objections.  The Uniform Scheduling Order, however, requires the Plaintiffs to set forth grounds and legal authorities for objections to the Defendants' Exhibit Lists.  Accordingly, it is hereby

ORDERED that the Plaintiffs' Objections (Doc. #96) are STRICKEN.  The Plaintiffs are given until October 18, 2013 to file new objections which refer to the specific exhibits on Defendants' Exhibit List by exhibit number, and which set forth grounds and legal authorities for the objections.

The Defendants are given until October 23, 2013 to file a written response to the objections, and to include a premarked copy of the evidence at issue.

Done this 16th day of October, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE